# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

138041 & (19)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TIMOTHY RUMFIELD, Personal Representative
of the Estate of Daniel Rumfield, Deceased, and
Conservator/Co-Guardian of Jeffrey Rumfield,
   Plaintiff-Appellee/Cross-Appellant,

v

SC: 138041
COA: 288687
Eaton CC: 02-001290-NI

MATTHEW HENNEY and BRIAN HENNEY,
   Defendants,
and

KELLY FUELS, INC., d/b/a WOODLAND
EXPRESS MART,
   Defendant-Appellant/Cross-Appellee.

_____/

   On order of the Court, the application for leave to appeal the December 16, 2008 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

_____
Clerk

0415